**Order entered May 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01500-CV

### IN RE JHW LEASING, LTD., Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00661**

## ORDER
Before Justices Bridges, Fillmore and Evans

By order dated December 4, 2014, we abated this proceeding pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure and removed the case from the Court's active docket until further order of the Court to allow the successor trial judge to reconsider the ruling that is the subject of this mandamus proceeding. By letter dated May 18, 2015, the parties jointly advised the Court that the dispute underlying the petition for writ of mandamus had been settled. Accordingly, we **ORDER** the case **REINSTATED** on the Court's active docket. Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** the parties to bear their own costs of this original proceeding.

/s/    DAVID L. BRIDGES
       JUSTICE